UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

               Plaintiff,

v.

TERESA BAUR, DAWN MILLER, and
ALYSSA KUHL,

               Defendants.

_____/

Case No. 2:25-cv-11515

Honorable Susan K. DeClercq
United States District Judge

**AMENDED ORDER VACATING STIPULATON (ECF No. 24) AND
AUTHORIZING WITHDRAWAL AND DISBURSEMENT OF REGISTRY
FUNDS**

On March 2, 2026, the remaining parties in this case filed a stipulation of dismissal and a proposed order for withdrawal and disbursement of funds. ECF Nos. 24; 25; 26. This Court approved and signed the parties' proposed order to authorize withdrawal and disbursement of funds on March 24, 2026. ECF No. 25.

But shortly after that order was signed and docketed, it was brought to this Court's attention that the amount of money deposited by Metropolitan Life Insurance Company into this Court's account was more than the remaining parties realized. Accordingly, all parties attended a status conference on March 26, 2026, at which point they agreed that $50,000 should be withdrawn and disbursed to Teresa Baur and Dawn Miller jointly, and that the remaining amount—regardless of what the specific amount

is—should be withdrawn and disbursed to Alyssa Kuhl. The parties then agreed to submit a new stipulated proposed order detailing those terms and vacating the earlier order for withdrawal and disbursement of funds that listed the incorrect amounts. Accordingly, the Parties filed a new stipulation and proposed order on March 31, 2026. *See* ECF No. 27. This Court approved and signed the proposed order on April 1, 2026 ("The April 1 Order"). ECF No. 28. The April 1 Order vacated the March 2, 2026, stipulation for withdrawal and disbursement of funds, ECF No. 24, and this Court's corresponding order authorizing such withdrawal and disbursement, ECF No. 25. The April 1 Order also directed the Clerk of the Court to disburse $50,000.00 to Teresa Baur and Dawn Miller jointly via their attorneys and to disburse "REMAINING BALANCE" to Alyssa Kuhl via her attorney. ECF No. 28 at PageID.212.

That Order will remain in effect as it reflects the Parties' agreement, but it will be amended to list the actual remaining balance to be withdrawn and disbursed to Alyssa Kuhl via her attorneys as required under Local Rule 67.1(b).

Accordingly, it is **ORDERED** that the April 1 Order, ECF No. 28 is **AMENDED** to reflect that the Clerk of the Court should disburse $87,791.20 to Alyssa Kuhl via her attorney. The April 1 Order is unchanged in all other respects. To that end, this Amended Order supersedes the April 1 Order.

Thus, according to this Amended Order:

**IT IS HEREBY ORDERED** that the Stipulation at **ECF No. 24,** and the Order at **ECF No. 25** are hereby **VACATED**.

**IT IS FURTHER ORDERED** that pursuant to E.D. Mich. LR 67.1(b), the Clerk of Court shall disburse the funds currently held in the Court Registry Investment System ("CRIS") in this matter, which were deposited pursuant to the Court's September 9, 2025 Order for Remittance of Proceeds, Discharge, and Dismissal of MetLife at **ECF No. 22**, as follows:

**A. Recipient #1 (Plaintiffs) (Name/Address/EIN):**

> Shinners & Cook, P.C. – Client Trust Account
> Attn: Maxson J. Frederick, Esq.
> 5195 Hampton Place
> Saginaw, MI 48604
> EIN: 38-3132132

**Principal to be paid: $50,000.00**

**Interest (Percentage): 0%**

Method of Payment: The Clerk shall issue payment by check payable to "Shinners & Cook, P.C. Client Trust Account" and mail it to the recipient address listed above.

**B. Recipient #2 (Defendant Alyssa Kuhl) (Name/Address/EIN):**

> Thav, Ryke & Langan, P.L.L.C. – IOLTA Trust Account
> Attn: Victoria L. Padula, Esq.
> 24725 W. 12 Mile Rd., Suite 110
> Southfield, MI 48034
> EIN: 26-2736699

**Principal to be paid: $87,791.20**

**Interest (Percentage): 100% of all accrued interest** (net of any fee authorized by the Judicial Conference of the United States).

Method of Payment: The Clerk shall issue payment by check payable to "Thav, Ryke & Langan, P.L.L.C. IOLTA Trust Account" and mail it to the recipient address listed above.

**IT IS FURTHER ORDERED** that this disbursement is intended to effectuate the parties' Settlement Agreement dated January 22, 2026.

**IT IS FURTHER ORDERED** that nothing in this Order alters, amends, or vacates the Court's September 9, 2025 Order for Remittance of Proceeds, Discharge, and Dismissal of MetLife at **ECF No. 22**.

**IT IS FURTHER ORDERED** that nothing in this Order shall alter, amend, or vacate this Court's Order of Dismissal with Prejudice dated March 24, 2026 at **ECF No. 26**.

**IT IS SO ORDERED.**

*This Order resolves the last pending issue and closes the case.*

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: April 7, 2026

- 4 -